UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:**
**07-22248-CIV-MORENO**

THE PBSJ CORPORATION,

    Plaintiff,

vs.

FEDERAL INSURANCE COMPANY,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND GRANTING SUMMARY JUDGMENT IN FAVOR OF THE DEFENDANT**

THE MATTER was referred to the Honorable Andrea M. Simonton, United States Magistrate Judge for a Report and Recommendation on Defendant's Motion for Summary Judgment **(D.E. No. 60)** and Plaintiff's Motion for Partial Summary Judgment **(D.E. No. 67)**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 149)** on **June 2, 2008**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present. In addition, the Court heard oral arguments in this case on **August 26, 2008**. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Andrea M. Simonton's Report and Recommendation **(D.E. No. 149)** on **June 2, 2008** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

    (1)    Defendant's Motion for Summary Judgment **(D.E. No. 60)** is **GRANTED**; and

    (2)    Plaintiff's Motion for Partial Summary Judgment **(D.E. No. 67)** is **DENIED**.


DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of August, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Andrea M. Simonton

Counsel of Record