UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:**
**07-22248-CIV-MORENO**

THE PBSJ CORPORATION,

    Plaintiff,

vs.

FEDERAL INSURANCE COMPANY,

    Defendant.
_____/

**FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and 58, and in accordance with the reasons stated in the Court's Order Adopting Magistrate's Report and Recommendation and Granting Summary Judgement in Favor of the Defendant, judgment is entered in favor of the Defendant FEDERAL INSURANCE COMPANY and against Plaintiff THE PBSJ CORPORATION.  Further, it is

    **ORDERED** that all pending motions are **DENIED** as moot.  This case is **CLOSED**.

    DONE AND ORDERED in Open Court at Miami, Florida, this 28th day of August, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record